```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

            UNITED STATES DISTRICT COURT          FEB 23 2000
             SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION             Michael N. Milby
                                                  Clerk of Court
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-00-033 |
| Linda D. Forse | § § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant is a resident of Cameron County, Texas, and may be served with process at 85 Alice Circle, Brownsville, TX 78520.

3. *The Debts.* The defendant owes three debts to the United States:

Debt I:

| | | |
|---|---|---:|
| a. | Current Principal as of September 7, 1999: | $5,322.92 |
| b. | Current interest | $7,163.95 |
| c. | Administrative, fees, costs, penalties | $0.00 |
| d. | Balance due as of September 7, 1999 | $12,486.87 |
| e. | Prejudgment interest accrues at 9.% per annum, being $1.31 per day. | |
| f. | The current balance of Debt I is after credits of | $0.00 |

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

1

Debt II:

  g.  Current Principal as of September 7, 1999:    $5,255.84

  h.  Current interest    $5,863.03

  i.  Administrative, fees, costs, penalties    $3.25

  j.  Balance due as of September 7, 1999    $11,122.12

  k.  Prejudgment interest accrues at 9.00% per annum, being $1.30 per day.

  l.  The current balance of Debt II is after credits of $832.86

The certificate of indebtedness, attached as Exhibit B, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

Debt III:

  m.  Current Principal as of September 7, 1999:    $1,905.00

  n.  Current interest    $910.54

  o.  Administrative, fees, costs, penalties    $0.00

  p.  Balance due as of September 7, 1999    $2,815.54

  q.  Prejudgment interest accrues at 5.00% per annum, being $0.26 per day.

  r.  The current balance in Debt III is after credits of    $378.68

The certificate of indebtedness, attached as Exhibit C, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

  4.  *Attorney's fees.* The United States seeks attorney's fees of $5,000.00.

  5.  *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

  6.  *Prayer.* The United States prays for judgment for:

    A.  The sums in paragraph 3 plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

B. Attorney's fees; and

C. Other relief the court deems proper.

           Respectfully submitted

           BENNETT & WESTON, P.C.

By _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas  75231
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

3

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: LINDA D FORSE
AKA:

Address: 85 ALICE CIR

BROWNSVILLE, TX 78520
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 09/07/99.

On or about 8/5/83, the borrower executed promissory note(s) to secure loan(s) of $5,000.00 from FIRST COLORADO BANK & TRUST CO., C/O CGSLP PROCESS CENTER, DENVER, CO. at 9.00% interest per annum. This loan obligation was guaranteed by COLORADO STUDENT LOAN PROGRAM and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 2/14/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,236.25 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 6/8/96, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 5,322.92 |
| Interest: | $ 7,163.95 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $ 0.00 |
| Total Debt as of 09/07/99 : | $ 12,486.87 |

Interest accrues on the principal shown here at the rate of $1.31 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/13/99    Name: _____
Title: Loan Analyst
Branch: Litigation

EXHIBIT A

# U.S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

           Name:    LINDA D FORSE
AKA:

Address:    85 ALICE CIR

                  BROWNSVILLE, TX 78520
SSN:       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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 09/07/99.

On or about 8/6/82, the borrower executed promissory note(s) to secure loan(s) of $5,000.00 from CENTRAL COUNTIES BANK, STATE COLLEGE, PA. at 9.00% interest per annum. This loan obligation was guaranteed by PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 2/5/85, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,255.84 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 1/10/96, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $832.86 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 5,255.84 |
| Interest: | $ 5,863.03 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $ 3.25 |
| Total Debt as of 09/07/99 : | $ 11,122.12 |

Interest accrues on the principal shown here at the rate of $1.30 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   9/15/99      Name:
                                      Title:    Loan Analyst
                                      Branch: Litigation

EXHIBIT B

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: LINDA D FORSE
AKA:

Address: 85 ALICE CIR

BROWNSVILLE, TX 78520
SSN: 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

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 09/07/99.

On or about 1/4/84, 3/4/84, the debtor executed promissory note(s) to secure loan(s) of $635.00, $1,270.00 from UNIVERSITY OF DENVER (COLORADO SEMINARY), DENVER, CO. at 5.00% interest per annum. The institution made the loan(s) under the Federally-funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et. seq. (34 C.F.R. Part 674). The institution demanded payment according to the terms of the note(s), and the debtor defaulted on the obligation on 3/2/86. Due to this default, the institution assigned all rights and title to the Department of Education.

After the institution credited all cancellations due and payments received, the debtor owed the school $1,905.00 principal and interest in the amount of $468.16. This principal and interest together with any unpaid late charges totaled $2,373.16. The loan was assigned to the Department on 1/4/91.

Since assignment of the loan, the Department has received a total of $378.68 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $ 1,905.00 |
| Interest: | $ 910.54 |
| Fees/Costs: | $ 0.00 |
| Late charges: | $ 0.00 |
| Total Debt as of 09/07/99 : | $ 2,815.54 |

Interest accrues on the principal shown here at the rate of $0.26 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/3/99    Name: _____
Title: Loan Analyst
Branch: Litigation

EXHIBIT C