3

United States District Court
Southern District of Texas
FILED

OCT 0 6 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *versus* § | Civil Action B-00-033 |
| § | |
| Linda D. Forse § | |

## MOTION FOR CONTINUANCE
## AND MEMORANDUM

The United States of America moves for additional time to serve the defendant.

1. The United States has not yet obtained service on the defendant.

2. The United States is in the process of obtaining personal service. The delay was in getting the summons and file marked copy of the complaint from the court in a timely manner. The complaint was just received this past week.

The United States requests additional time to serve the defendant.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this __4th__ day of __October__, 2000 in accordance with the Federal Rules of Civil Procedure.

_____