4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-00-033
§
Linda D. Forse §

## ORDER OF CONTINUANCE

The United States has until **December 13**, 2000 to serve the defendant. **The October 19, 2000 conference is hereby cancelled.**
Signed this 13 day of October, 2000, at Brownsville, Texas.

United States Magistrate Judge