5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-033 |
| | § | |
| LINDA FORSE | § | |
| Defendant. | § | |

## DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, Linda Forse, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

I.

Defendant admits the allegations set out in Paragraph 1

Defendant admits the allegations set out in Paragraph 2

Defendant denies the allegations that are set out in Paragraphs 3, 4, and 5 of Plaintiff's Original Petition, and demands strict proof thereof

II.

## AFFIRMATIVE DEFENSE

A.   Defendant will show that Plaintiff's suit is barred by the statue of limitations

## PRAYER

Defendant prays the Court, and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity

Respectfully submitted,

By: _____
Richard S. Hoffman
Texas Bar No. 09787200     **Federal Bar #6147**
1718 Boca Chica Blvd
Brownsville, Texas  78520
Tel (956)544-2345
Fax (956)982-1909
Attorney for Defendant
Linda Forse

## CERTIFICATE OF SERVICE

I certify that on November 9, 2000, a true and correct copy of Defendant's Original Answer was served by certified mail, return receipt requested on J. Michael Weston at Bennett & Weston, P.C., 10670 N. Central Expressway, Suite 200, in Dallas, Texas 75231.

_____
Richard S. Hoffman

ClibPDF - www.fastio.com