IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | CIVIL ACTION B-00-033 |
| § | |
| VERSUS § | |
| § | |
| § | |
| LINDA FORSE § | |

DEFENDANT'S NOTICE OF ENTITIES FINANCIALLY
INTERESTED IN LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES LINDA FORSE, Defendant in the above entitled and numbered cause, and file this her Defendant's Notice of Entities Financially Interested in Litigation, and in support thereof would show the Court as follows:

The person / entity financially interested in this litigation are:

Linda Forse

and First Colorado Bank & Trust Co., c/o CGSLP Process Center

Central Counties Bank State College Pennsylvania

University of Denver (Colorado Seminary)

Respectfully submitted,
By: _____
Richard S. Hoffman
Attorney for Plaintiff
State Bar No. 09787200   Federal Admission No. 6147
1718 Boca Chica Blvd.
Brownsville, Texas 78520
956-544-2345
956-982-1909 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant's Notice Of Entities Financially Interested In Litigation was delivered to Plaintiff's attorney, Bennett & Weston, P.C. c/o Michael Weston, 1750 Valley View Lane, Suite 120, Dallas, Texas 75234 by Certified Postage Pre Paid Regular Mail, Return Receipt Requested, on this January ___, 2001.

_____
Richard S. Hoffman