10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | C.A. NO. B-00-033 |
| | * | |
| LINDA D. FORSE | * | |

## ORDER SETTING HEARING

On January 5, 2001, an initial pretrial conference was set for January 26, 2001, at 2:00 p.m.  The Government's Motion for Summary Judgment will be heard on said date.

To date, no response has been filed to the Motion for Summary Judgment.

DONE at Brownsville, Texas, this 11th day of January 2001.

Felix Recio
United States Magistrate Judge