11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION B-00-033 |
| | § | |
| LINDA FORSE | § | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LINDA FORSE, Defendant in the above styled and numbered proceeding and hereby files this her Suggestion of Bankruptcy and in support thereof would show the court as follows:

PLEASE BE ADVISED that on January 24, 2001 ("Petition Date"), LINDA FORSE filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code"). The Debtor's Chapter 7 case has not yet been administered a cause number and is pending in the Southern District of Texas. In accordance with the automatic stay provisions of Section 362 of the Bankruptcy Code, the above captioned lawsuit, which seeks to recover a claim against Debtor which arose before the Petition Date, is stayed and cannot be prosecuted, nor can any judgment be rendered against Debtor, absent an order of the Bankruptcy Court granting the Plaintiff relief from the automatic stay.

WHEREFORE, PREMISES CONSIDERED, Defendant, LINDA FORSE, respectfully prays that the proceeding be stayed immediately, and for such other and further relief, at law and in equity, general or special, to which this Defendant might show itself to be justly entitled to receive.

Respectfully submitted,

_____
RICHARD S. HOFFMAN
State Bar No. 09787200; Federal ID No. 6147
Law Office of Richard S Hoffman
1718 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-2345
(956) 982-1909 fax
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on day __25__ of January, 2001 a true and correct copy of the foregoing Suggestion of Bankruptcy was served by first class mail, postage prepaid on the following:

J. Michael Weston
Bennett & Weston, PC
1750 Valley View lane, Suite 120
Dallas, TX 75234

Linda Forse
85 Alice Circle
Brownsville, TX 78520

_____
Richard S Hoffman