# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs | * | CIVIL ACTION NO. B-00-033 |
| LINDA FORSE | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## STATUS CONFERENCE

Thursday, November 29, 2001, @ 2:00 P.M.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520

BY ORDER OF THE COURT

October 26, 2001

cc:   Counsel of Record