

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 26 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CIVIL ACTION No. B-00-033 |
| LINDA FORSE | § | |

### MOTION TO CONTINUE STATUS CONFERENCE

United States of America moves to continue the the Status Conference now set for Thursday, November 29, 2001 at 2:00 P.M., and as follows:

1. This case was filed on February 23, 2000.

2. Defendant filed for protection under the U.S. Bankruptcy Code on January 24, 2001, and the District Court abated the instant action as a result of the requirement of the automatic stay in bankruptcy. 11 U.S.C. § 362.

3. Debtor/Defendant was discharged from bankruptcy by order dated May 22, 2001. The student loan that is the subject of this action is non-dischargeable.

4. On May 25, 2001, Debtor commenced Adversary Proceeding No. 01-2074-B to determine the dischargeability of Debtor's debt to the United States of America. The adversary proceeding was dismissed without prejudice pursuant to Fed. R. Bkpt. P. Nos. 12(b)(4)and (5) for insufficiency of process and insufficiency of service of process.

5. On August 9, 2001, Debtor refiled her Complaint to Determine Dischargeability of Debt as Adversary Proceeding No. 01-2107-B. The United States filed its counterclaim seeking a judgment against Debtor on the underlying student loans. The claims are the same as those raised in this action.

MOTION TO CONTINUE STATUS CONFERENCE                                         Page 1

6. The United States has conducted discovery in the adversary proceeding.

7. On November 13, 2001, the United States of America filed a Motion for Summary Judgement which will dispose of all of the claims of the Debtor and of the counterclaims of the United States of America.

8. The parties are adjudicating their disputes in the bankruptcy court. A final resolution of the claims in the bankruptcy court will cause this action to be dismissed. If this case proceeds simultaneously with the bankruptcy action there exists the possibility that inconsistent results. For this reason, given the status of the bankruptcy action, the United States requests that the status conference be stayed and this action remain abated to permit the entry of a judgment in the bankruptcy adversary proceeding.

WHEREFORE, the United States prays that the Court continue the scheduled status conference to allow the Bankruptcy Court to rule on its Motion for Summary Judgement.

Respectfully submitted,

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke by telephone with Richard Hoffman, Attorney for Defendant Linda Forse on November 20, 2001, and he agreed to a continuance of the status conference.

                                                       Thomas V. Malorzo for
                                                       J. Michael Weston

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing Motion to Continue Status Conference has been served on the 20th day of November, 2001, by depositing same in a postpaid, properly addressed envelope, in an official depository under the care and custody of the United States Postal Service, by certified mail, return receipt requested No. 7001 1940 0006 6768 7761 to

    Richard S. Hoffman
    Law Offices of Richard S. Hoffman
    1718 Boca Chica Boulevard
    Brownsville, Texas 78520

                                                       Thomas V. Malorzo