*14*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2001

Michael N. Milby, Clerk of Court
Deputy Clerk

| UNITED STATES OF AMERICA | § |
|---|---|
| vs. | § CIVIL ACTION No. B-00-033 |
| LINDA FORSE | § |

## ORDER ON MOTION TO CONTINUE STATUS CONFERENCE

BE IT REMEMBERED that on **November 28**, 2001 came on for consideration the Motion of the United States of America to continue the Status Conference in this case from November 29, 2001.

After considering the Motion, which has been agreed to by counsel for the Defendant, and arguments of counsel, the Court is of the opinion that the Motion is well taken.

IT IS THEREFORE ORDERED that the Status Conference in the captioned matter be and the same is hereby continued to **March 15, 2002, 2:00 p.m.**

Date: **November 28**, 2001

_____
Hon. Felix Recio
United States District Judge
Southern District of Texas

ORDER ON MOTION TO CONTINUE STATUS CONFERENCE        SOLO PAGE