UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District C:
Southern District of T--
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *versus* § | Civil Action B-00-033 |
| § | |
| Linda D. Forse § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the status conference scheduled for March 15, 2002.

1. The defendant filed bankruptcy in Bankruptcy Case No. 01-20210-B-7, and filed an adversary action regarding the debt that is the subject of this action, Adversary Proceeding No. 01-2074-B.

2. The United States filed a counterclaim in the adversary proceeding seeking a resolution of the debt that is the subject of this action.

3. The automatic stay from the bankruptcy case prevents the parties from proceeding in this action.

4. The United States filed its motion for summary judgment and a hearing on the United States' Motion for Summary Judgment was held on March 5, 2002.

5. The Bankruptcy Judge took the United States' Motion for Summary Judgment under advisement. The Bankruptcy Judge has not yet ruled on the Motion for Summary Judgment. If the Bankruptcy Judge rules in favor of the United States on its Motion for Summary Judgment, this action will be dismissed.

The United States requests that the status conference be reset to permit the Bankruptcy Judge to rule upon the United States' Motion for Summary Judgment.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this 13th day of March, 2002 in accordance with the Federal Rules of Civil Procedure.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-00-033 |
| Linda D. Forse | § § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the status conference set for March 15, 2002 at 2:00 p.m. is continued until a time to be established by the Court.

Signed this ____ day of _____, 2002.

_____
United States District Judge