United States District Court
Southern District of Texas
ENTERED

MAR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-00-033
§
Linda D. Forse §

ORDER OF CONTINUANCE

Upon the Motion of the United States, the status conference set for March 15, 2002 at 2:00 p.m. is continued until a time to be established by the Court.

Signed this 14th day of March, 2002.

_____
United States District Judge