UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-033 |
| | § | |
| LINDA D. FORSE | § | |
| Defendant. | § | |

## ORDER

The above-referenced cause of action is hereby held in abeyance until such time as the Bankruptcy Court disposes of the case. Therefore, all pending motions are hereby mooted until such time as either of the parties files a motion to reconsider said motions.

DONE at Brownsville, Texas this 15th day of March, 2002.

_____
Felix Recio
United States Magistrate Judge