IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-033 |
| LINDA FORSE, | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on March 31, 2003, the Court on its own motion exercises its inherent powers to control its docket and prevent deleterious prosecution of cases and, hereby, **DISMISSES** this case without prejudice for want of prosecution.

DONE at Brownsville, Texas, this 31st day of March 2003.

Hilda G. Tagle
United States District Judge