IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-033 |
| LINDA FORSE, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

BE IT REMEMBERED, that on March 31, 2003, having dismissed this case without prejudice, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 31st day of March 2003.

Hilda G. Tagle
United States District Court Judge